In the Matter of the Application of JOSEPH GEORGE for the Correction of Erroneous Minutes Made by the Clerk of the County Court of Oneida County at a Session of the Oneida County Court Held by Hon. PARKER F. SCRIPTURE, Special County Judge of Oneida County, etc.— Orders affirmed, with ten dollars costs and disbursements. All concur. [144 Misc. 552.]

In the Matter of the Application of NATHAN MITTLEMAN for the Correction of Erroneous Minutes Made by the Clerks of the County Court of Oneida County at a Session of the Oneida County Court Held by Hon. PARKER F. SCRIPTURE, Special County Judge of Oneida County, etc.— Orders affirmed, without costs of this appeal to either party. All concur. [144 Misc. 552.]